# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
MARC MIRSKY

**DEFENDANTS**
ULTA SALON, COSMETICS & FRAGRANCE, INC., et al.

**(b)** County of Residence of First Listed Plaintiff: Essex County, NJ
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: ___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Marvin A. Miller, Miller Law LLC
115 S. LaSalle St., Suite 2910, Chicago, IL 60603 312-332-3400

Attorneys (If Known)

FILED DEC 17 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)
- Citizen of This State: PTF [ ]1  DEF [X]1 ; Incorporated or Principal Place of Business In This State: PTF [ ]4 DEF [ ]4
- Citizen of Another State: PTF [X]2 DEF [ ]2 ; Incorporated and Principal Place of Business In Another State: [ ]5 [ ]5
- Citizen or Subject of a Foreign Country: [ ]3 [ ]3 ; Foreign Nation: [ ]6 [ ]6

## IV. NATURE OF SUIT
07CV7083 JUDGE GETTLEMAN MAGISTRATE JUDGE ASHMAN

[X] 850 Securities/Commodities/Exchange

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Rule 23 of the Federal Rules of Civil Procedure

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ ___
JURY DEMAND: [X] Yes  [ ] No

## IX. This case
[X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number ___, previously dismissed by Judge ___

DATE: 12/17/07
SIGNATURE OF ATTORNEY OF RECORD: /s/ Marvin A. Miller

