## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number:
MARC MIRSKY
v
ULTA SALON, COSMETICS &
FRAGRANCE, INC., et al.

KC FILED
DEC 17 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Marc Mirsky

07CV7083
JUDGE GETTLEMAN
MAGISTRATE JUDGE ASHMAN

| NAME (Type or print) |
|---|
| ROBERT P. FRUTKIN |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Robert P. Frutkin /ca/hm |

| FIRM |
|---|
| LAW OFFICES OF BERNARD M. GROSS P.C. |

| STREET ADDRESS |
|---|
| Suite 450, The Wanamaker Building, 100 Penn Square East |

| CITY/STATE/ZIP |
|---|
| Philadelphia, PA 19107 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | 215-561-3600 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐