

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MARC MIRSKY
v
ULTA SALON, COSMETICS &
FRAGRANCE, INC., et al.

KC **FILED** Case Number:

DEC 1 7 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Marc Mirsky

07CV7083
JUDGE GETTLEMAN
MAGISTRATE JUDGE ASHMAN

| NAME (Type or print) |
| --- |
| MARVIN A. MILLER |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ *Marvin A. Miller* |

| FIRM |
| --- |
| MILLER LAW LLC |

| STREET ADDRESS |
| --- |
| 115 S. LaSalle Street, Suite 2910 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 1916769 | 312-332-3400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐