

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| MARC MIRSKY<br>v<br>ULTA SALON, COSMETICS & FRAGRANCE, INC., et al. | **FILED**<br>KC<br>DEC 17 2007<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Marc Mirsky

07CV7083
JUDGE GETTLEMAN
MAGISTRATE JUDGE ASHMAN

| NAME (Type or print) |
|---|
| KENNETH ELAN |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Kenneth Elan/ln/hm |

| FIRM |
|---|
| LAW OFFICES OF KENNETH ELAN |

| STREET ADDRESS |
|---|
| 217 Broadway, Suit e 606 |

| CITY/STATE/ZIP |
|---|
| New York, NY 10007 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | 212-619-0261 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐