AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

2007 DEC 17 PM 4:33

CLERK
U.S. DISTRICT COURT

**SUMMONS IN A CIVIL CASE**

MARC MIRSKY

V.

ULTA SALON, COSMETICS & FRAGRANCE, INC., et al.

CASE NUMBER: 07CV7083
JUDGE GETTLEMAN
MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

ULTA SALON, COSMETICS & FRAGRANCE, INC.
c/o Bruce Barkus
1135 Arbor Drive
Romeoville, IL 60446

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARVIN A. MILLER
MILLER LAW LLC
115 S. LaSalle St., Suite 2910
Chicago, IL 60603
312-332-3400

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 17 2007

DATE

WILL COUNTY SHERIFF'S OFFICE
2007 DEC 19 AM 9:32
RECEIVED

```
CASE NUMBER. 016 2007-CV-007083    001      WILL COUNTY SHERIFF'S OFFICE
-----------------------------------   =============== ATTORNEY ===============
                                      MARVIN MILLER
MARC MIRSKY                           115 S LASALLE ST STE 2910
    -VS-                              CHICAGO, IL 60603
ULTA SALON, COSMETICS AND FRAGRANCE IN
                                      (312) 332-3400
=========== DESCRIPTION ============  ========= ATTEMPTED SERVICES =========
                                           DATE          TIME        BADGE #
SUMMONS & COMPLAINT

ISSUED: 12/19/07    EXPIRES:  1/04/08
FEES:     54.00     EVC/DEP:

======== PERSON TO BE SERVED =========

ULTA SALON, COMSEMTICS AND FRAGRANCE I  NOTES:
1135 ARBOR DR
ROMEOVILLE, IL 60446
```

FILED
1-3-2008
JAN 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANTS AS FOLLOWS:

(A) ___ PERSONAL SERVICE: BY LEAVING A COPY OF THE ___SUMM/COMP ___CITATION
        ___RULE ___ORDER ___SUBPEONA ___NOTICE ___JUDGEMENT
        ___SUMMONS/PETITION FOR ORDER OF PROTECTION ___ORDER OF PROTECTION.
        ___CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___SUMM/COMP ___CITATION
        ___NOTICE ___JUDGEMENT ___ORDER OF POSSESSION AT THE USUAL PLACE OF
        ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
        SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO
        THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C) ✓  SERVICE ON: ✓ CORPORATION ___COMPANY ___BUSINESS  by leaving a
       COPY OF THE ✓ SUMM/COMP ___CITATION ___RULE ___ORDER ___NOTICE
       ___JUDGEMENT ___SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
       OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE:  ___CERTIFIED MAIL ___POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED:
        ___MOVED       ___NOT LISTED       ___RETURNED BY ATTY.  ___EXPIRED
        ___NO CONTACT  ___NO SUCH ADDRESS  ___DECEASED           ___OTHER REASON

PERSON TO BE SERVED: Ulta Salon & Cosmetics
SERVING ADDRESS: 1135 Arbor Dr., Romeoville 60446
WRIT SERVED ON: Linda Kozak        RELATIONSHIP: Senior Executive Admin.
                SEX F (M/F)  RACE W  DOB 56
THIS 20th DAY OF December 20 07 TIME 0955 HOURS
PAUL J. KAUPAS, SHERIFF, BY _____ DEPUTY # 870
REMARKS:

GMM73531141