AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

CLERK
U.S. DISTRICT COURT

## SUMMONS IN A CIVIL CASE

MARC MIRSKY

CASE

V.

ASSIG  07CV7083
JUDGE GETTLEMAN
MAGISTRATE JUDGE ASHMAN

ULTA SALON, COSMETICS &
FRAGRANCE, INC., et al.

DESIGN
MAGIS.

**TO:** (Name and address of Defendant)

LYN P. KIRBY
c/o ULTA SALON, COSMETICS & FRAGRANCE, INC.
1135 Arbor Drive
Romeoville, IL 60446

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARVIN A. MILLER
MILLER LAW LLC
115 S. LaSalle St., Suite 2910
Chicago, IL 60603
312-332-3400

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

DEC 1 7 2007

(By) DEPUTY CLERK

DATE

1 of 4.

CASE NUMBER. 016 2007-CV-007083      004          WILL COUNTY SHERIFF'S OFFICE
--------------------------------------     ============== ATTORNEY ==============
                                           MARVIN MILLER
MARC MIRSKY                                 115 S LASALLE ST STE 2910
     -VS-                                   CHICAGO, IL 60603
ULTA SALON, COSMETICS AND FRAGRANCE IN
                                           (312) 332-3400
========== DESCRIPTION =========           ========= ATTEMPTED SERVICES =========
                                              DATE          TIME          BADGE #
SUMMONS & COMPLAINT

  ISSUED: 12/19/07    EXPIRES:   1/04/08      _____      _____      _____
  FEES:   10.00       EVC/DEP:                _____      _____      _____
                                             _____      _____      _____
  ======== PERSON TO BE SERVED =========     _____      _____
                                                           **F I L E D**
LYN P KIRBY                                 NOTES:
1135 ARBOR DR                                          1-3-2008
ROMEOVILLE, IL 60446                                   JAN 03 2008 YM

                                                   MICHAEL W. DOBBINS
==================================================  CLERK, U.S. DISTRICT COURT

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ____  PERSONAL SERVICE: BY LEAVING A COPY OF THE ____SUMM/COMP ____CITATION
          ____RULE ____ORDER ____SUBPEONA ____NOTICE ____JUDGEMENT
          ____SUMMONS/PETITION FOR ORDER OF PROTECTION ____ORDER OF PROTECTION.
          ____CIVIL NO-CONTACT ORDER.

(B) ✓   SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ✓SUMM/COMP ____CITATION
        ____NOTICE ____JUDGEMENT ____ORDER OF POSSESSION  AT THE USUAL PLACE OF
        ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
        SAID PERSON OF THE CONTENTS.  ALSO, A COPY OF THE WRIT WAS MAILED TO
        THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON  12-21-07 (date)

(C) ____  SERVICE ON: ____CORPORATION ____COMPANY ____BUSINESS  by leaving a
          COPY OF THE ____SUMM/COMP ____CITATION ____RULE ____ORDER ____NOTICE
          ____JUDGEMENT ____SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
          OR PARTNER OF THE DEFENDANT.

(D) ____  OTHER SERVICE: ____CERTIFIED MAIL ____POSTING

(E) ____  THE NAMED DEFENDANT WAS NOT SERVED:
          ____MOVED ____NOT LISTED ____RETURNED BY ATTY. ____EXPIRED
          ____NO CONTACT ____NO SUCH ADDRESS ____DECEASED ____OTHER REASON

PERSON TO BE SERVED: _Lyn P. Kirby_____

SERVING ADDRESS: _1135 Arbor Dr., Romeoville 60446_____

WRIT SERVED ON: _Linda Kozak_____   RELATIONSHIP: _Executive_
                SEX _F_ (M/F)  RACE _w_  DOB _56_          _Assistant_

THIS _20th_ DAY OF _December_____ 20_07_ TIME _0955_ HOURS

PAUL J. KAUPAS, SHERIFF, BY _____ DEPUTY # _810_

REMARKS: _____

GMM73531145