AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

2008 JAN -3  PM 4: 34

CLERK
U.S. DISTRICT COURT

### SUMMONS IN A CIVIL CASE

MARC MIRSKY

v.

ULTA SALON, COSMETICS & FRAGRANCE, INC., et al.

07CV7083
JUDGE GETTLEMAN
MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

GREGG R. BODNAR
c/o ULTA SALON, COSMETICS & FRAGRANCE, INC.
1135 Arbor Drive
Romeoville, IL 60446

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARVIN A. MILLER
MILLER LAW LLC
115 S. LaSalle St., Suite 2910
Chicago, IL 60603
312-332-3400

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 17 2007

DATE

4044

CASE NUMBER: 016 2007-CV-007083 , 003        WILL COUNTY SHERIFF'S OFFICE
================================        =============== ATTORNEY ===============
                                        MARVIN MILLER
MARC MIRSKY                             115 S LASALLE ST STE 2910
       -VS-                             CHICAGO, IL 60603
ULTA SALON, COSMETICS AND FRAGRANCE IN
                                        (312) 332-3400
=========== DESCRIPTION ===========     ========= ATTEMPTED SERVICES =========
                                         DATE            TIME            BADGE #
SUMMONS & COMPLAINT

ISSUED: 12/19/07     EXPIRES: 1/04/08
FEES:    10.00       EVC/DEP:

======== PERSON TO BE SERVED =========

GREGG R BODNAR                          NOTES:    FILED
1135 ARBOR DR                                     1-3-2008
ROMEOVILLE, IL 60446                              JAN 03 2008
                                                  MICHAEL W. DOBBINS
                                                  CLERK, U.S. DISTRICT COURT

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON SAID DEFENDANT AS FOLLOWS:

(A) ___ PERSONAL SERVICE: BY LEAVING A COPY OF THE ___SUMM/COMP ___CITATION
        ___RULE ___ORDER ___SUBPEONA ___NOTICE ___JUDGEMENT
        ___SUMMONS/PETITION FOR ORDER OF PROTECTION ___ORDER OF PROTECTION.
        ___CIVIL NO-CONTACT ORDER.

(B) ✓ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ✓SUMM/COMP ___CITATION
        ___NOTICE ___JUDGEMENT ___ORDER OF POSSESSION   AT THE USUAL PLACE OF
        ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
        SAID PERSON OF THE CONTENTS.  ALSO, A COPY OF THE WRIT WAS MAILED TO
        THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON 12-21-07 .(date)

(C) ___ SERVICE ON: ___CORPORATION ___COMPANY ___BUSINESS   by leaving a
        COPY OF THE ___SUMM/COMP ___CITATION ___RULE ___ORDER ___NOTICE
        ___JUDGEMENT ___SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
        OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___CERTIFIED MAIL ___POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED:
        ___MOVED ___NOT LISTED ___RETURNED BY ATTY. ___EXPIRED
        ___NO CONTACT ___NO SUCH ADDRESS ___DECEASED ___OTHER REASON

PERSON TO BE SERVED: Gregg R. Bodnar
SERVING ADDRESS: 1135 Arbor Dr., Romeoville 60446
WRIT SERVED ON: Linda Kozak                    RELATIONSHIP: Executive Assistant
        SEX F (M/F)   RACE W   DOB 56
THIS 20th DAY OF December 2007 TIME 0955 HOURS
PAUL J. KAUPAS, SHERIFF, BY _____   DEPUTY # 810

REMARKS: _____

GMM73531144