IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARC MIRSKY,<br><br>Individually and on behalf of all others similarly situated,<br>       Plaintiff,<br><br>vs.<br><br>ULTA SALON COSMETICS & FRAGRANCE, INC., LYN P. KIRBY, GREGG R. BODNAR, and BRUCE E. BARKUS,<br><br>       Defendants. | **Case No. 07-CV-7083**<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Martin C. Ashman** |

## AGREED MOTION FOR AN EXTENSION OF TIME

For the reasons set forth more fully in the Joint Stipulated Order being submitted herewith, Defendants Ulta Salon Cosmetics & Fragrance, Inc., Lyn P. Kirby, Gregg R. Bodnar, and Bruce E. Barkus (the "Defendants") hereby move this Court, pursuant to Federal Rule of Civil Procedure 6(b), for an extension of time for the Defendants to answer or otherwise respond until after the selection of a Lead Plaintiff and the filing of an Amended Complaint, if any, by the Lead Plaintiff and for the Court to set a briefing schedule for the motion to dismiss as set forth in the Stipulated Order. Per the attached Joint Stipulated Order, Plaintiff Marc Mirsky has agreed to this motion.

WHEREFORE, Defendants respectfully request that this Court grant its motion for an extension and set a briefing schedule as set forth in the attached Joint Stipulated Order. Defendants further request such relief as the Court deems appropriate.

CH\998365.1

- 2 -

Dated: January 9, 2008

Respectfully submitted,

/s/ Sean M. Berkowitz_____
One of the Attorneys for Defendants Ulta Salon Cosmetics & Fragrance, Inc., Lyn P. Kirby, Gregg R. Bodnar, and Bruce E. Barkus

Sean M. Berkowitz
Michael J. Faris
Patrick M. Otlewski
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Phone: (312) 876-7700
Fax: (312) 993-9767

- 3 -

## CERTIFICATE OF SERVICE

I, Sean M. Berkowitz, do certify that, prior to or immediately after filing the foregoing with the Court, I served the foregoing Agreed Motion for an Extension of Time, via U.S. Express Mail, postage prepaid upon:

>Marvin A. Miller
>Lori A. Fanning
>MILLER LAW, LLC
>115 S. LaSalle Street
>Suite 2910
>Chicago, IL 60603
>(312) 332-3400
>
>Deborah R. Gross
>Robert P. Frutkin
>LAW OFFICES OF BERNARD M. GROSS, P.C.
>Suite 450, John Wanamaker Building
>Philadelphia, PA 19107
>(215) 561-3600
>
>Kenneth Elan
>LAW OFFICES OF KENNETH ELAN
>217 Broadway
>Suite 606
>New York, NY 10007
>(212) 619-0261

Dated: January 9, 2008

/s/ Sean M. Berkowitz_____
One of the Attorneys for Defendants Ulta
Salon Cosmetics & Fragrance, Inc.,
Lyn P. Kirby, Gregg R. Bodnar, and Bruce
E. Barkus

Sean M. Berkowitz
Michael J. Faris
Patrick M. Otlewski
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Phone: (312) 876-7700
Fax: (312) 993-9767

CH\998365.1