IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARC MIRSKY, <br><br> Individually and on behalf of all others similarly situated, <br>           Plaintiff, <br><br> vs. <br><br> ULTA SALON COSMETICS & FRAGRANCE, INC., LYN P. KIRBY, GREGG R. BODNAR, and BRUCE E. BARKUS, <br><br>           Defendants. | **Case No. 07-CV-7083** <br><br> **Judge Robert W. Gettleman** <br><br> **Magistrate Judge Martin C. Ashman** |

## NOTICE OF AGREED MOTION FOR AN EXTENSION OF TIME

**PLEASE TAKE NOTICE** that on January 15, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Robert W. Gettleman of the United States District Court for the Northern District of Illinois, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and will then and there present the **AGREED MOTION FOR AN EXTENSION OF TIME**, a copy of which is enclosed herewith.

Dated: January 9, 2008

Respectfully Submitted,

/s/ Sean M. Berkowitz_____
One of the Attorneys for Defendants Ulta Salon Cosmetics & Fragrance, Inc.,
Lyn P. Kirby, Gregg R. Bodnar, and Bruce E. Barkus

CH\998872.1

Sean M. Berkowitz
Michael J. Faris
Patrick M. Otlewski
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Phone: (312) 876-7700
Fax: (312) 993-9767

## CERTIFICATE OF SERVICE

I, Sean M. Berkowitz, do certify that, prior to or immediately after filing the foregoing with the Court, I served the foregoing Notice of Agreed Motion for an Extension of Time, via U.S. Express Mail, postage prepaid upon:

>Marvin A. Miller
>Lori A. Fanning
>MILLER LAW, LLC
>115 S. LaSalle Street
>Suite 2910
>Chicago, IL 60603
>(312) 332-3400
>
>Deborah R. Gross
>Robert P. Frutkin
>LAW OFFICES OF BERNARD M. GROSS, P.C.
>Suite 450, John Wanamaker Building
>Philadelphia, PA 19107
>(215) 561-3600
>
>Kenneth Elan
>LAW OFFICES OF KENNETH ELAN
>217 Broadway
>Suite 606
>New York, NY 10007
>(212) 619-0261

Dated: January 9, 2008

/s/ Sean M. Berkowitz_____
One of the Attorneys for Defendants Ulta
Salon Cosmetics & Fragrance, Inc.,
Lyn P. Kirby, Gregg R. Bodnar, and Bruce
E. Barkus

Sean M. Berkowitz
Michael J. Faris
Patrick M. Otlewski
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Phone: (312) 876-7700
Fax: (312) 993-9767

CH\998872.1