IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| MARC MIRSKY, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ULTA SALON COSMETICS & FRAGRANCE, INC., LYN P. KIRBY, GREGG R. BODNAR, and BRUCE E. BARKUS, <br><br> Defendants. | **Case No. 07-CV-7083** <br><br> **Judge Robert W. Gettleman** <br><br> **Magistrate Judge Martin C. Ashman** |

## JOINT STIPULATED ORDER

WHEREAS, on December 17, 2007, Plaintiff Marc Mirsky filed a complaint captioned *Marc Mirsky, individually and on behalf of all others similarly situated v. Ulta Salon Cosmetics & Fragrance, Inc., Lyn P. Kirby, Gregg R. Bodnar, and Bruce E. Barkus, Case No. 07-CV-7083*, a purported class action alleging violations of the federal securities laws, which was assigned to Judge Robert W. Gettleman and Magistrate Judge Martin C. Ashman; and

WHEREAS, the Private Securities Litigation Reform Act (the "PSLRA"), 15 U.S.C. § 77z-1, *et seq.*, mandates that Plaintiff must provide notice to all potential class members of the action and inform them of their right to move to serve as lead plaintiff not later than sixty (60) days after the date of the filing of the complaint, *see* 15 U.S.C. §§ 77z-1(a)(3)(A)(i), 78u-4(a)(3)(A)(i), and Plaintiff published such notice on December 17, 2007, and such notice indicates that lead plaintiff motions will be due no later than February 18, 2008; and

WHEREAS, it is possible that related actions may hereafter be filed; and

WHEREAS, the parties believe that, for reasons of judicial economy and efficiency, Defendants should not be required to respond individually to the existing complaint and any further complaints that may be filed arising out of the same set of facts and circumstances as set forth in the existing complaint, but rather should withhold responding to any action until (i) the Court has appointed the lead plaintiff ("Lead Plaintiff") and Lead Plaintiff's counsel, and (ii) the Lead Plaintiff has either filed an Amended Complaint or has elected not to do so.

## STIPULATED

WHEREFORE, the parties, by and through their undersigned counsel, hereby stipulate that the Court be requested to enter an order as follows:

1.  Defendants, through counsel, hereby accept service of the existing complaint and any papers or documents filed or served by the Plaintiff in the above-captioned matter, effective as of the date of this stipulation, as if service had been effected pursuant to Federal Rule of Civil Procedure 4(f) and hereby waive their defenses with respect to insufficiency of service of process. Defendants, however, do not hereby waive any objection to the venue or jurisdiction of this Court or any other defenses;

2.  Defendants shall not respond to the existing complaint until (i) the Court has appointed the Lead Plaintiff and Lead Plaintiff's counsel (the "Lead Plaintiff Order"), and (ii) the Lead Plaintiff has either filed an Amended Complaint ("Amended Complaint") or has elected not to do so;

3.  The Lead Plaintiff shall have sixty (60) days following entry of the Lead Plaintiff Order in which to file an Amended Complaint or advise the Court that it intends not to file an Amended Complaint;

- 3 -

4. Defendants shall file an answer, move to dismiss, or otherwise respond not later than sixty (60) days after Lead Plaintiff files an Amended Complaint or Lead Plaintiff advises the Court that it intends not to file an Amended Complaint; and

5. If Defendants file a motion to dismiss, the Lead Plaintiff shall file and serve an opposition memorandum not later than sixty (60) days after the filing of Defendants' motion to dismiss and Defendants shall file and serve any reply memoranda not later than thirty (30) days after the filing of the Lead Plaintiff's memorandum.

SO ORDERED.

Dated: January 9, 2008

_____
Robert W. Gettleman
United States District Judge

**IT IS SO STIPULATED:**

_/s/_ Marvin A. Miller_____

One of the Attorneys for Plaintiff Marc Mirsky

Marvin A. Miller
Lori A. Fanning
MILLER LAW, LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400

Deborah R. Gross
Robert P. Frutkin
LAW OFFICES OF BERNARD M. GROSS, P.C.
Suite 450, John Wanamaker Building
Philadelphia, PA 19107
(215) 561-3600

Kenneth Elan
LAW OFFICES OF KENNETH ELAN
217 Broadway
Suite 606
New York, NY 10007

(212) 619-0261

*Attorneys for Plaintiff Marc Mirsky*

  /s/  Sean M. Berkowitz
One of the Attorneys for Defendants Ulta Salon Cosmetics & Fragrance, Inc.,
Lyn P. Kirby, Gregg R. Bodnar, and Bruce E. Barkus

Sean M. Berkowitz
Michael J. Faris
Patrick M. Otlewski
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
(312) 876-7700

*Attorneys for Defendants*

- 4 -

CH\997933.5