IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARC MIRSKY,<br><br>Individually and on behalf of all others similarly situated,<br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ULTA SALON COSMETICS & FRAGRANCE, INC., LYN P. KIRBY, GREGG R. BODNAR, and BRUCE E. BARKUS,<br><br>　　　　　　　　　　Defendants. | **Case No. 07-CV-7083**<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Martin C. Ashman** |

## DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2

NOW COMES Defendant Ulta Salon Cosmetics & Fragrance Inc., by and through its attorneys, pursuant to Northern District of Illinois Local Rule 3.2, and hereby discloses that it has no parent company and that no publicly held entity holds five (5) percent or more of its stock.

Dated: January 9, 2008

Respectfully submitted,

/s/ Sean M. Berkowitz
One of the Attorneys for Defendants Ulta Salon Cosmetics & Fragrance, Inc.,
Lyn P. Kirby, Gregg R. Bodnar, and Bruce E. Barkus

Sean M. Berkowitz
Michael J. Faris
Patrick M. Otlewski
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Phone: (312) 876-7700

CH\998447.1

Fax: (312) 993-9767

- 2 -

CH\998447.1

- 3 -

## CERTIFICATE OF SERVICE

I, Sean M. Berkowitz, do certify that, prior to or immediately after filing the foregoing with the Court, I served the foregoing Disclosure Statement Pursuant to Local Rule 3.2, via U.S. Express Mail, postage prepaid upon:

> Marvin A. Miller
> Lori A. Fanning
> MILLER LAW, LLC
> 115 S. LaSalle Street
> Suite 2910
> Chicago, IL 60603
> (312) 332-3400
>
> Deborah R. Gross
> Robert P. Frutkin
> LAW OFFICES OF BERNARD M. GROSS, P.C.
> Suite 450, John Wanamaker Building
> Philadelphia, PA 19107
> (215) 561-3600
>
> Kenneth Elan
> LAW OFFICES OF KENNETH ELAN
> 217 Broadway
> Suite 606
> New York, NY 10007
> (212) 619-0261

Dated: January 9, 2008

/s/ Sean M. Berkowitz_____
One of the Attorneys for Defendants Ulta Salon Cosmetics & Fragrance, Inc., Lyn P. Kirby, Gregg R. Bodnar, and Bruce E. Barkus

Sean M. Berkowitz
Michael J. Faris
Patrick M. Otlewski
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Phone: (312) 876-7700
Fax: (312) 993-9767

CH\998447.1