## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Marc Mirsky

                Plaintiff,

v.                            Case No.: 1:07−cv−07083

                          Honorable Robert W. Gettleman

Ulta Salon, Cosmetics & Fragrance, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge Robert W. Gettleman:Defendants' motion for extension of time to answer [15] is granted; Motion hearing held on 1/15/2008 regarding motion for extension of time to file answer[15].Status hearing set for 2/20/2008 at 09:00 AM.Mailed notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.