IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARC MIRSKY,<br><br>Individually and on behalf of all others similarly situated,<br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ULTA SALON COSMETICS & FRAGRANCE, INC., LYN P. KIRBY, GREGG R. BODNAR, and BRUCE E. BARKUS,<br><br>　　　　　　　　　Defendants. | **Case No. 07-CV-7083**<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Martin C. Ashman** |

**AGREED MOTION REQUESTING THE
<u>REASSIGNMENT OF A RELATED CASE</u>**

For the reasons set forth more fully in the Joint Stipulated Order Reassigning a Related Case being submitted herewith, Defendants Ulta Salon Cosmetics & Fragrance, Inc., Lyn P. Kirby, Gregg R. Bodnar, and Bruce E. Barkus (the "Defendants") hereby move this Court, pursuant to Local Rule of Civil Procedure 40.4, for the reassignment of the complaint captioned *Eugene B. Chase III, individually and on behalf of all others similarly situated v. Ulta Salon, Cosmetics & Fragrance, Inc., Lynelle P. Kirby, Gregg R. Bodnar and Bruce E. Barkus, Case No. 08-C-248* to this Court's calendar. Per the attached Joint Stipulated Order, Plaintiff Marc Mirsky, by and through counsel, has no objection to this motion.

WHEREFORE, Defendants respectfully request that this Court grant this agreed motion requesting the reassignment of a related case. Defendants further request such relief as the Court deems appropriate.

- 2 -

Dated: February 7, 2008

Respectfully submitted,

/s/ Michael J. Faris
One of the Attorneys for Defendants Ulta Salon
Cosmetics & Fragrance, Inc., Lyn P. Kirby,
Gregg R. Bodnar, and Bruce E. Barkus

Sean M. Berkowitz
Michael J. Faris
Patrick M. Otlewski
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
Sean.Berkowitz@lw.com
Michael.Faris@lw.com
Patrick.Otlewski@lw.com

**CERTIFICATE OF SERVICE**

      I, Michael J. Faris, an attorney, hereby certify that on February 7, 2008, I electronically filed the foregoing JOINT STIPULATED ORDER REGARDING THE TRANSFER OF A RELATED CASE with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

>Marvin A. Miller
>Lori A. Fanning
>MILLER LAW, LLC
>115 S. LaSalle Street
>Suite 2910
>Chicago, IL 60603
>mmiller@millerlawllc.com
>lfanning@millerlawllc.com
>
>Deborah R. Gross
>Robert P. Frutkin
>LAW OFFICES OF BERNARD M. GROSS, P.C.
>Suite 450, John Wanamaker Building
>Philadelphia, PA 19107
>debbie@bernardmgross.com
>
>Carol V. Gilden
>COHEN MILSTEIN HAUSFELD & TOLL, PLLC
>190 South LaSalle Street, Suite 1705
>Chicago, IL 60603
>cgilden@cmht.com

      The following individual is either not an e-filer or has not otherwise consented to service by electronic means under Fed. R. Civ. P. 5(b)(2)(D) and will receive a paper copy of the foregoing via U.S. Express Mail, postage prepaid:

>Kenneth Elan
>LAW OFFICES OF KENNETH ELAN
>217 Broadway
>Suite 606
>New York, NY 10007

on this 7th day of February, 2008.

                                                                                 /s/ Michael J. Faris