IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARC MIRSKY,<br><br>Individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ULTA SALON COSMETICS & FRAGRANCE, INC., LYN P. KIRBY, GREGG R. BODNAR, and BRUCE E. BARKUS,<br><br>　　　　　　　　Defendants. | **Case No. 07-CV-7083**<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Martin C. Ashman** |

## JOINT STIPULATED ORDER REASSIGNING A RELATED CASE

WHEREAS, on December 17, 2007, Plaintiff Marc Mirsky filed a complaint captioned *Marc Mirsky, individually and on behalf of all others similarly situated v. Ulta Salon Cosmetics & Fragrance, Inc., Lyn P. Kirby, Gregg R. Bodnar, and Bruce E. Barkus, Case No. 07-CV-7083*, a purported class action alleging violations of the federal securities laws, which was assigned to this Court; and

WHEREAS, on January 11, 2008, Plaintiff Westley Bassett filed a complaint captioned *Westley Bassett, individually and on behalf of all others similarly situated v. Ulta Salon Cosmetics & Fragrance, Inc., Lynelle P. Kirby, Gregg R. Bodnar, and Bruce E. Barkus, Case No. 08-CV-00277* (the "Bassett Action"), a purported class action alleging violations of the federal securities laws, which was assigned to Chief Judge James F. Holderman; and

WHEREAS, on January 16, 2008, this Court requested that the Executive Committee reassign the Bassett Action to its calendar as a related case; and

WHEREAS, on January 17, 2008, Chief Judge James F. Holderman, on behalf of the Executive Committee, reassigned the Bassett Action to this Court's calendar; and

WHEREAS, on January 18, 2008, Plaintiff Eugene B. Chase III filed a complaint captioned *Eugene B. Chase III, individually and on behalf of all others similarly situated v. Ulta Salon, Cosmetics & Fragrance, Inc., Lynelle P. Kirby, Gregg R. Bodnar and Bruce E. Barkus, Case No. 08-C-248* (the "Chase Action"), a purported class action alleging violations of the federal securities laws, which was assigned to Judge Milton I. Shadur and Magistrate Judge Arlander Keys.

WHEREAS, the three above-captioned civil cases involve some of the same issues of fact and law, in particular, alleged violations of the federal securities laws in connection with the Defendants' October 25, 2007 Initial Public Offering; and

WHEREAS, the three above-captioned civil cases are all pending in the United States District Court for the Northern District of Illinois; and

WHEREAS, the handling of all three of the above-captioned cases by the same judge is likely to result in a substantial saving of judicial time and effort; and

WHEREAS, the instant action and the Bassett Action have not progressed to the point where designating the Chase Action as related would delay the proceedings in the earlier cases; and

WHEREAS, all three above-captioned cases are capable of disposition in a single proceeding; and

WHEREAS, the parties to the instant action and the Bassett Action, by and through their counsel, represented to the parties to the Chase Action that they have no objection to reassigning the Chase Action to this Court's calendar.

## **STIPULATED**

WHEREFORE, the parties to the Chase Action, by and through their undersigned counsel, hereby stipulate and request that the Court enter an order as follows:

1. Defendants Ulta Salon Cosmetics and Fragrance, Inc., Lynelle P. Kirby, Gregg R. Bodnar, and Bruce E. Barkus, through counsel, hereby accept service of the existing complaint and any papers or documents filed or served by Plaintiff Eugene B. Chase III, effective as of the date of this stipulation, as if service had been effected pursuant to Federal Rule of Civil Procedure 4(f) and hereby waive their defenses with respect to insufficiency of service of process. Defendants, however, do not hereby waive any objection to the venue or jurisdiction of this Court or any other defenses; and

2. That the complaint captioned *Eugene B. Chase III, individually and on behalf of all others similarly situated v. Ulta Salon, Cosmetics & Fragrance, Inc., Lynelle P. Kirby, Gregg R. Bodnar and Bruce E. Barkus, Case No. 08-C-248* be reassigned to this Court's calendar as a related case pursuant to Local Rule 40.4; and

3. That the January 15, 2008 Order on motion for extension of time to answer in the instant action and the Bassett Action shall govern the Chase Action as well.

SO ORDERED.

Dated: February 7, 2008                                    _____
                                                           Robert W. Gettleman
                                                           United States District Judge

CH\1004479.4

**IT IS SO STIPULATED:**

  /s/  Carol V. Gilden

Carol V. Gilden
COHEN MILSTEIN HAUSFELD & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 357-0370
Fax: (312) 357-0369
cgilden@cmht.com

Daniel Sommers
Joshua Devore
COHEN MILSTEIN HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Attorneys for Plaintiff Eugene B. Chase III*

  /s/  Michael J. Faris

Sean M. Berkowitz
Michael J. Faris
Patrick M. Otlewski
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
Sean.Berkowitz@lw.com
Michael.Faris@lw.com
Patrick.Otlewski@lw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, Michael J. Faris, an attorney, hereby certify that on February 7, 2008, I electronically filed the foregoing JOINT STIPULATED ORDER REGARDING THE TRANSFER OF A RELATED CASE with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

> Marvin A. Miller
> Lori A. Fanning
> MILLER LAW, LLC
> 115 S. LaSalle Street
> Suite 2910
> Chicago, IL 60603
> mmiller@millerlawllc.com
> lfanning@millerlawllc.com
>
> Deborah R. Gross
> Robert P. Frutkin
> LAW OFFICES OF BERNARD M. GROSS, P.C.
> Suite 450, John Wanamaker Building
> Philadelphia, PA 19107
> debbie@bernardmgross.com
>
> Carol V. Gilden
> COHEN MILSTEIN HAUSFELD & TOLL, PLLC
> 190 South LaSalle Street, Suite 1705
> Chicago, IL 60603
> cgilden@cmht.com

The following individual is either not an e-filer or has not otherwise consented to service by electronic means under Fed. R. Civ. P. 5(b)(2)(D) and will receive a paper copy of the foregoing via U.S. Express Mail, postage prepaid:

> Kenneth Elan
> LAW OFFICES OF KENNETH ELAN
> 217 Broadway
> Suite 606
> New York, NY 10007

on this 7th day of February, 2008.

/s/ Michael J. Faris

CH\1004479.4