IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARC MIRSKY, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ULTA SALON COSMETICS & FRAGRANCE, INC., LYN P. KIRBY, GREGG R. BODNAR, and BRUCE E. BARKUS, <br><br> Defendants. | **Case No. 07-CV-7083** <br><br> **Judge Robert W. Gettleman** <br><br> **Magistrate Judge Martin C. Ashman** |

**NOTICE OF AGREED MOTION REQUESTING THE
<u>REASSIGNMENT OF A RELATED CASE</u>**

**PLEASE TAKE NOTICE** that on February 14, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Robert W. Gettleman, or such other judge as is sitting in his stead, in the United States District Court for the Northern District of Illinois, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois. We will then and there present the **AGREED MOTION TO REASSIGN A RELATED CASE,** a copy of which is enclosed herewith.

Dated: February 7, 2008

Respectfully submitted,

/s/ Michael J. Faris
One of the Attorneys for Defendants Ulta Salon Cosmetics & Fragrance, Inc., Lyn P. Kirby, Gregg R. Bodnar, and Bruce E. Barkus

Sean M. Berkowitz
Michael J. Faris
Patrick M. Otlewski
LATHAM & WATKINS LLP
Sears Tower, Suite 5800

- 2 -

233 South Wacker Drive
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
Sean.Berkowitz@lw.com
Michael.Faris@lw.com
Patrick.Otlewski@lw.com

- 2 -