UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARC MIRSKY, individually and on behalf of all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO.: 07C7083 |
| | : | |
| ULTA SALON, COSMETICS & FRAGRANCE, INC., LYN P. KIRBY, GREGG R. BODNAR and BRUCE E. BARKUS, | : | Judge Gettleman |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| WESTLEY BASSETT, individually and on behalf of all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO.: 08C277 |
| | : | |
| ULTA SALON, COSMETICS & FRAGRANCE, INC., LYNELLE P. KIRBY, GREGG R. BODNAR and BRUCE E. BARKUS, | : | Judge Gettleman |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| EUGENE B. CHASE, III, individually and on behalf of all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO.: 08C428 |
| | : | |
| ULTA SALON, COSMETICS & FRAGRANCE, INC., LYNELLE P. KIRBY, GREGG R. BODNAR and BRUCE E. BARKUS, | : | Judge Gettleman |
| | : | |
| Defendants. | : | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Wednesday, February 20, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1703 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present ***Motion of Marc Mirsky, Nedra Fischer and Stephanie Carroll for Consolidation, Appointment as Lead Plaintiffs, and for Approval of Lead Plaintiffs' Selection of Lead Counsel and Liaison Counsel*** and ***Memorandum of Law in Support of the Motion of Marc Mirsky, Nedra Fischer and Stephanie Carroll for Consolidation, Appointment as Lead Plaintiffs, and for Approval of Lead Plaintiffs' Selection of Lead Counsel,*** copies of which are hereby served upon you

Dated: February 18, 2008                    Respectfully submitted,

                                                        /s/   Marvin A. Miller
**MARVIN A. MILLER**
**LORI A. FANNING**
**MILLER LAW LLC**
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Tele: 312-332-3400
Fax: 312-676-2676
Email: mmiller@millerlawllc.com

Proposed Liaison Counsel

**LAW OFFICES BERNARD M. GROSS, P.C.**
**DEBORAH R. GROSS**
**ROBERT P. FRUTKIN**
Suite 450, Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107
Tele:   (215) 561-3600
Fax: 215-561-3000
Email: debbie@bernardmgross.com
Proposed Lead Counsel

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

  I, Marvin A. Miller, one of the attorneys for plaintiffs, hereby certify that on February 18, 2007, service of the foregoing *Notice of* **Motion**, ***Motion of Marc Mirsky, Nedra Fischer and Stephanie Carroll for Consolidation, Appointment as Lead Plaintiffs, and for Approval of Lead Plaintiffs' Selection of Lead Counsel and Liaison Counsel*** and ***Memorandum of Law in Support of the Motion of Marc Mirsky, Nedra Fischer and Stephanie Carroll for Consolidation, Appointment as Lead Plaintiffs, and for Approval of Lead Plaintiffs' Selection of Lead Counsel*** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                 */s/  Marvin A. Miller*
                 Marvin A. Miller