## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Marc Mirsky

                                    Plaintiff,

v.                                                     Case No.: 1:07–cv–07083
                                                         Honorable Robert W. Gettleman

Ulta Salon, Cosmetics & Fragrance, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge Robert W. Gettleman: Status hearing held on 2/20/2008. Response to plaintiff's motion [26] for appointment is due by 2/29/2008. Reply is due by 3/7/2008.Status hearing set for 3/18/2008 at 10:30 a.m.Mailed notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.