**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARC MIRSKY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ULTA SALON COSMETICS & FRAGRANCE, INC., LYN P. KIRBY, GREGG R. BODNAR, and BRUCE E. BARKUS,<br><br>Defendants. | Case No. 07-CV-7083 |
| WESTLEY BASSETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ULTA SALON COSMETICS & FRAGRANCE, INC., LYNELLE P. KIRBY, GREGG R. BODNAR, AND BRUCE E. BARKUS,<br><br>Defendants. | Case No. 08-CV-00277 |
| EUGENE B. CHASE III, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC., LYNELLE P. KIRBY, GREGG R. BODNAR AND BRUCE E. BARKUS,<br><br>Defendants. | Case No. 08-CV-248 |

**NOTICE BY EUGENE B. CHASE, III OF WITHDRAWAL OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

On February 19, 2008, pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), Eugene B. Chase, III ("Mr. Chase") moved this Court for an Order: (i) appointing him as Lead Plaintiff in these actions; (ii) approving his selection of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as Lead Counsel; and (iii) for consolidation of these related actions (the "Motion"). Having reviewed the competing motion filed by Marc Mirsky, Nedra Fischer and Stephanie Carroll (the "Mirsky Group"), it appears that Mr. Chase does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA because the Mirsky Group has presented a larger loss in Ulta Salon, Cosmetics & Fragrance, Inc. securities than the loss asserted by Mr. Chase. 15 U.S.C. §§ 77z-1(a)(3)(B)(iii)(I)(bb); 78u-4(a)(3)(B)(iii)(I)(bb). Accordingly, Mr. Chase withdraws his Motion. However, Mr. Chase remains willing to serve the proposed class in a representative capacity in this action. Moreover, nothing herein should be construed to adversely impact the ability of Mr. Chase to obtain his proportionate share of any recovery in this litigation, whether by way of judgment or settlement.

Dated: February 28, 2008

Respectfully submitted,

By: /s/ Carol V. Gilden

Carol V. Gilden, Esq.
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Phone: 312- 357-0370
Fax: 312-357-0369

Steven J. Toll, Esq.
Daniel S. Sommers, Esq.
Joshua S. Devore, Esq.
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Telephone: (202) 408-4600

***Counsel for Eugene B. Chase, III***

**CERTIFICATE OF SERVICE**

I, Carol V. Gilden, hereby certify that on February 28, 2008, I electronically filed the foregoing Notice By Eugene B. Chase, III of Withdrawal of Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Sean M. Berkowitz
Michael J. Faris
Patrick M. Otlewski
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
Sean.Berkowitz@lw.com
Michael.Faris@lw.com
Patrick.Otlewski@lw.com

Marvin A. Miller
Lori A. Fanning
MILLER LAW, LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603
mmiller@millerlawllc.com
lfanning@millerlawllc.com

Deborah R. Gross
Robert P. Frutkin
LAW OFFICES OF BERNARD M. GROSS, P.C.
Suite 450, John Wanamaker Building
Philadelphia, PA 19107
debbie@bernardmgross.com

/s/ Carol V. Gilden
Carol V. Gilden