UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARC MIRSKY, individually and on behalf of all others similarly situated, : : : **Plaintiff,** : v. : **ULTA SALON, COSMETICS &** : **FRAGRANCE, INC., LYN P. KIRBY,** : **GREGG R. BODNAR and** : **BRUCE E. BARKUS,** : : **Defendants.** : | **CIVIL ACTION NO.: 07C7083** **Judge Gettleman** |
| WESTLEY BASSETT, individually and on behalf of all others similarly situated, : : : **Plaintiff,** : v. : **ULTA SALON, COSMETICS &** : **FRAGRANCE, INC., LYNELLE P. KIRBY,** : **GREGG R. BODNAR and** : **BRUCE E. BARKUS,** : : **Defendants.** : | **CIVIL ACTION NO.: 08C277** **Judge Gettleman** |
| EUGENE B. CHASE, III, individually and on behalf of all others similarly situated, : : : **Plaintiff,** : v. : **ULTA SALON, COSMETICS &** : **FRAGRANCE, INC., LYNELLE P. KIRBY,** : **GREGG R. BODNAR and** : **BRUCE E. BARKUS,** : : **Defendants.** : | **CIVIL ACTION NO.: 08C428** **Judge Gettleman** |

### NOTICE OF UNOPPOSED MOTION OF
### MARC MIRSKY, NEDRA FISCHER AND STEPHANIE CARROLL

Marc Mirsky ("Mirsky"), Nedra Fischer ("Fischer") and Stephanie Carroll ("Carroll")(collectively "Movants") hereby respectfully give notice that their Motion for Appointment as Lead Plaintiffs Pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4, and for Approval of Their Selection of Law Offices Bernard M. Gross, P.C., as Lead Counsel and Miller Law LLC as Liaison Counsel is unopposed.[1]

Movants should be appointed Lead Plaintiffs. Collectively Movants have suffered losses of approximately $23,264.00.[2] Mirsky filed the first complaint and issued the PSLRA-required Notice. He purchased his 100 shares directly in the IPO and has standing to bring the Section 11 claim alleged in the complaints. Fischer and Carroll are mother and daughter. Fischer purchased 1,000 shares of Ulta in the open market and has a loss of $16,590. Her daughter, Carroll, purchased 350 shares of Ulta common stock in the open market and suffered losses of $4,873.50. Fischer and Carroll, who responded to the PSLRA-required Notice, have standing to bring the 10b-5 claims alleged in the complaints. Together, Movants will be able to protect all members of the class and pursue all causes of action.[3]

---

[1] The only other movant, Eugene Chase, has withdrawn his motion for lead, recognizing that he does not have the largest loss.

[2] "Courts generally agree that the most important factor is the amount of loss suffered by the plaintiff." *Maiden v. Merge Technologies, Inc.*, 2006 U.S. Dist. LEXIS 85635 (E.D. Wis. Nov. 21, 2006 ) *See, e.g.*, *In re Bally Total Fitness Sec. Litig.*, No. 04-C-3530, 2005 U.S. Dist. LEXIS 6243(N.D. Ill. March 15, 2005)("the best yardstick by which to judge 'largest financial interest' is the amount of loss, period. The inquiry need not and should not be complicated by also considering the number of shares or the net expenditures involved because those statistics do not advance the ball).

[3] As set forth in their moving papers, Movant, and each person individually, "otherwise

(continued...)

Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the lead plaintiff shall, subject to Court approval, select and retain counsel to represent the Class. The Court should not disturb the lead plaintiff's choice of counsel unless it is necessary to "protect the interests of the class." 15 U.S.C. §78u-4(a)(3)(B)(iii)(II)(aa). Movants have selected and retained Law Offices Bernard M. Gross, P.C., to serve as Lead Counsel and Miller Law LLC to serve as Liaison Counsel for the Class. These firms possess extensive experience litigating securities class actions, and have successfully prosecuted numerous securities class and derivative actions on behalf of injured investors., including cases in this District.

---

[3](...continued)
satisf[y] the requirements of Rule 23 of the Federal Rules of Civil Procedure." 15 U.S.C. §78u-4(a)(3)(B). The Northern District of Illinois has held that "[t]he typicality requirements is satisfied if the claims and legal theories of the class representatives are the same as those of the absent class members, even though factual distinctions may exist." *Levett v. Chicago Bd. of Educ.*, 2001 U.S. dist LEXIS 315, at *7 (N.D. Ill. 2001). This provides further support for having Movant as Lead Plaintiff because Mirsky bought in the IPO and can represent the claims and legal theories of those persons and Fischer and Carroll bought in the after market and can represent the claims and legal theories of those persons. Movant "will fairly and adequately protect the interests of the [entire] class." *In re Bank One Secs. Litigation/First Chi. S'holder Claims*, 2002 U.S. Dist. LEXIS 8709, at *8-9 (N.D. Ill. 2002).

Accordingly, Movants respectfully request that the Court: (a) appoint Movants as Lead Plaintiffs; (b) approve the Law Offices Bernard M. Gross, P.C. as Lead Counsel; and (c) approve Miller Law LLC as Liaison Counsel.

Dated: March 4, 2008                         Respectfully submitted,
                                             Plaintiffs


                                             By: */s/ Marvin A. Miller*
                                                 MARVIN A. MILLER
                                                 **MILLER LAW LLC**
                                                 115 S. LaSalle Street, Suite 2910
                                                 Chicago, IL 60603
                                                 Tele: 312-332-3400
                                                 Fax: 312-676-2676
                                                 Email: mmiller@millerlawllc.com

                                                 Proposed Liaison Counsel


                                                 DEBORAH R. GROSS
                                                 ROBERT P. FRUTKIN
                                                 **LAW OFFICES BERNARD M. GROSS, P.C.**
                                                 Suite 450, The Wanamaker Building
                                                 100 Penn Square East
                                                 Philadelphia, PA 19107
                                                 Tele: 215-561-3600
                                                 Fax: 215-561-3000
                                                 Email: debbie@bernardmgross.com

                                                 Proposed Lead Counsel

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

      I, Marvin A. Miller, one of the attorneys for plaintiffs, hereby certify that on March 4, 2008 service of the foregoing ***Notice of Unopposed Motion of Marc Mirsky, Nedra Fischer and Stephanie Carroll,*** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                                                    */s/    Marvin A. Miller*
                                                                   Marvin A. Miller