**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARC MIRSKY, Individually and On Behalf Of All Others Similarly Situated, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 07-cv-7083 |
| v. ) ) | Judge Gettleman Magistrate Judge Ashman |
| ULTA SALON, COSMETICS & FRAGRANCE, INC., LYN P. KIRBY, GREGG R. BODNAR and BRUCE E. BARKUS, ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. ) ) | |
| WESTLEY BASSETT, Individually and On Behalf Of All Others Similarly Situated, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 08-cv-0277 |
| v. ) ) | Judge Gettleman Magistrate Judge Ashman |
| ULTA SALON, COSMETICS & FRAGRANCE, INC., LYNELLE P. KIRBY, GREGG R. BODNAR and BRUCE E. BARKUS, ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. ) ) | |
| EUGENE B. CHASE III, Individually and On Behalf Of All Others Similarly Situated, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 08-cv-0428 |
| v. ) ) | Judge Gettleman Magistrate Judge Ashman |
| ULTA SALON, COSMETICS & FRAGRANCE, INC., LYNELLE P. KIRBY, GREGG R. BODNAR And BRUCE E. BARKUS, ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. ) ) | |

**DEFENDANTS' REPLY TO PLAINTIFFS' MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

Defendants ULTA Salon, Cosmetics & Fragrance, Inc., Lynelle P. Kirby, Gregg R. Bodnar, and Bruce E. Barkus (collectively, "Defendants") hereby notify the Court that they do not contest the Motion of Marc Mirsky, Nedra Fischer, and Stephanie Carroll for Consolidation, Appointment as Lead Plaintiffs and for Approval of Lead Plaintiffs' Selection of Lead Counsel and Liaison Counsel (the "Mirsky Motion"). As discussed below, Defendants do so with full reservation of their rights, including their rights to challenge both the failure of Plaintiffs to state a claim upon which relief can be granted and the propriety of certifying the proposed class at the class certification stage.

On February 18, 2008, Plaintiffs filed the Mirsky Motion. Plaintiff in the related *Chase v. ULTA* matter (Case No. 08-cv-0428) filed a separate motion for appointment as lead plaintiff. This Court, at a status hearing held February 20, 2008, invited plaintiffs in both matters to respond to each other's motions by February 29, 2008. *See* N.D. Ill. Doc. No. 07-7083 (Entry # 30, filed February 20, 2008, entered February 25, 2008). This Court further permitted Defendants to reply to the motions by March 7, 2008. Since that time, plaintiff Chase has withdrawn his motion for appointment as lead plaintiff. *See* N.D. Ill. Doc. No. 07-7083 (Entry # 31, filed and entered February 28, 2008). Plaintiffs in the Mirsky case subsequently filed a Notice of Unopposed Motion and requested that the Mirsky Motion be granted.

Defendants do not contest that under these circumstances the Mirsky Motion may be granted if the Court so chooses. Defendants affirmatively state, however, that by filing this submission, they do not concede that Plaintiffs have stated a claim upon which relief can be granted, that the prerequisites of a class action have been met, or that the proposed class should

1

be certified.  Defendants note further that by filing this submission they do not waive any arguments they may raise at the class certification stage under Rule 23 of the Federal Rules of Civil Procedure challenging the propriety of certifying the proposed class.

| | |
|---|---|
| Dated:  March 7, 2008 | Respectfully submitted, |

/s/ Sean M. Berkowitz
*One of the Attorneys for Defendants ULTA Salon, Cosmetics & Fragrance, Inc., Lynelle P. Kirby, Gregg R. Bodnar, and Bruce E. Barkus*

Sean M. Berkowitz
Michael J. Faris
Patrick M. Otlewski
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
Sean.Berkowitz@lw.com
Michael.Faris@lw.com
Patrick.Otlewski@lw.com

## **CERTIFICATE OF SERVICE**

I, Sean M. Berkowitz, an attorney, hereby certify that on March 7, 2008, I electronically filed **DEFENDANTS' REPLY TO PLAINTIFFS' MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL** with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

>Marvin A. Miller
>Lori A. Fanning
>MILLER LAW, LLC
>115 S. LaSalle Street
>Suite 2910
>Chicago, IL 60603
>mmiller@millerlawllc.com
>lfanning@millerlawllc.com
>
>Deborah R. Gross
>Robert P. Frutkin
>LAW OFFICES OF BERNARD M. GROSS, P.C.
>Suite 450, John Wanamaker Building
>Philadelphia, PA 19107
>debbie@bernardmgross.com
>
>Carol V. Gilden
>COHEN MILSTEIN HAUSFELD & TOLL, PLLC
>190 South LaSalle Street, Suite 1705
>Chicago, IL 60603
>cgilden@cmht.com

The following individual is either not an e-filer or has not otherwise consented to service by electronic means under Fed. R. Civ. P. 5(b)(2)(D) and will receive a paper copy of the foregoing via U.S. Express Mail, postage prepaid:

>Kenneth Elan
>LAW OFFICES OF KENNETH ELAN
>217 Broadway
>Suite 606
>New York, NY 10007

on this 7th day of March, 2008.	Respectfully submitted,

By:	/s/ Sean M. Berkowitz
*One of the Attorneys for Defendants
ULTA Salon, Cosmetics & Fragrance,
Inc., Lynelle P. Kirby, Gregg R. Bodnar,
and Bruce E. Barkus*

Sean M. Berkowitz
Michael J. Faris
Patrick M. Otlewski
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
Sean.Berkowitz@lw.com
Michael.Faris@lw.com
Patrick.Otlewski@lw.com