# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7083 | **DATE** | 3/18/2008 |
| **CASE TITLE** | Marc Mirsky    vs    Ulta Salon Cosmetics | | |

**DOCKET ENTRY TEXT:**

Status hearing held.   Leave is granted to file an amended complaint by 5/19/2008. Response is due by 7/21/2008.  Status hearing continued to 7/24/2008, at 9:30 a.m.

[Docketing to mail  notice]

00:18

| | Courtroom Deputy | GDS |
|---|---|---|