UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARC MIRSKY, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ULTA SALON COSMETICS & FRAGRANCE, INC., LYN P. KIRBY, GREGG R. BODNAR, and BRUCE E. BARKUS,<br><br>    Defendants. | Case No. 07-CV-7083 |
| WESTLEY BASSETT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ULTA SALON COSMETICS & FRAGRANCE, INC., LYNELLE P. KIRBY, GREGG R. BODNAR, AND BRUCE E. BARKUS,<br><br>    Defendants. | Case No. 08-CV-00277 |
| EUGENE B. CHASE III, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC., LYNELLE P. KIRBY, GREGG R. BODNAR AND BRUCE E. BARKUS,<br><br>    Defendants. | Case No. 08-CV-428 |

**<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>**

Cohen Milstein Hausfeld & Toll, PLLC hereby moves this Court for leave to withdraw Melissa M. McGuane as counsel for plaintiff, Eugene B. Chase, III. Attorney McGuane is no longer associated with this firm and her name should be removed from the Court's docket in this action. Cohen Milstein Hausfled & Toll, PLLC will continue to represent Plaintiffs in this action. Any notices, orders or other communications from this Court or other parties in this action may still be served on counsel at the address listed below.

Dated: May 29, 2008

Respectfully submitted,

**COHEN MILSTEIN HAUSFELD & TOLL, PLLC**

By: ___/s/ Carol V. Gilden___

Carol V. Gilden, Esq.
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: 312-357-0370
Fax: 312-357-0369

Steven J. Toll, Esq.
Daniel S. Sommers, Esq.
Joshua S. Devore, Esq.
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Telephone: (202) 408-4600

*Counsel for Movant and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

  I, Carol V. Gilden, hereby certify that on May 29, 2008, I electronically filed the foregoing Notice of Withdrawal of Counsel with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

    Sean M. Berkowitz
    Michael J. Faris
    Patrick M. Otlewski
    LATHAM & WATKINS LLP
    Sears Tower, Suite 5800
    233 South Wacker Drive
    Chicago, IL 60606
    Tel: (312) 876-7700
    Fax: (312) 993-9767
    Sean.Berkowitz@lw.com
    Michael.Faris@lw.com
    Patrick.Otlewski@lw.com

    Marvin A. Miller
    Lori A. Fanning
    MILLER LAW, LLC
    115 S. LaSalle Street, Suite 2910
    Chicago, IL 60603
    mmiller@millerlawllc.com
    lfanning@millerlawllc.com

    Deborah R. Gross
    Robert P. Frutkin
    LAW OFFICES OF BERNARD M. GROSS, P.C.
    Suite 450, John Wanamaker Building
    Philadelphia, PA 19107
    debbie@bernardmgross.com

  The following individual is either not an e-filer or has not otherwise consented to service by electronic means under Fed. R. Civ. P. 5(b)(2)(D) and will receive a paper copy of the foregoing via U.S. Express Mail, postage prepaid:

    Kenneth Elan
    Law Offices of Kenneth Elan
    217 Broadway, Suite 606
    New York, NY  10007

            /s/ Carol V. Gilden