IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ULTA SALON, COSMETICS & FRAGRANCE, INC. SECURITIES LITIGATION | Master File No. 07 C 7083<br><br>CLASS ACTION |
| This Document Relates To:<br>All Actions | Hon. Robert W. Gettleman |

## MOTION TO DISMISS THE AMENDED COMPLAINT

For the reasons set forth more fully in the memorandum of law being submitted herewith, Defendants Ulta Salon, Cosmetics & Fragrance, Inc., Lynelle P. Kirby, and Gregg R. Bodnar hereby move, pursuant to FEDERAL RULES OF CIVIL PROCEDURE 8(a), 9(b), and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, for dismissal of this lawsuit with prejudice.

WHEREFORE, defendants respectfully request that this Court grant their Motion to Dismiss the Amended Complaint with prejudice. Defendants further request whatever additional relief this Court deems appropriate.

Dated: July 21, 2008

Respectfully submitted,

By: s/ Sean M. Berkowitz

**LATHAM & WATKINS LLP**
Sean M. Berkowitz
Michael J. Faris
Nicholas B. Gorga
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Tele: (312) 876-7700
Fax: (312) 993-9767

*One of the Attorneys for Defendants Ulta Salon, Cosmetics & Fragrance, Inc., Lynelle P. Kirby and Gregg R. Bodnar*