IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ULTA SALON, COSMETICS & FRAGRANCE, INC. SECURITIES LITIGATION <br><br> This Document Relates To: <br> All Actions | Master File No. 07 C 7083 <br><br> CLASS ACTION <br><br> Hon. Robert W. Gettleman |

**DECLARATION OF SEAN M. BERKOWITZ IN SUPPORT OF
THE MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Sean M. Berkowitz, declare as follows:

(1) I am a partner at the law firm of Latham & Watkins LLP, counsel to Defendants Ulta Salon Cosmetics & Fragrance, Inc. ("ULTA"), Lynelle P. Kirby, and Gregg R. Bodnar in the above-captioned matter. I am a member of the State Bar of Illinois and have been admitted to practice law before the United States District Court for the Northern District of Illinois. I have personal knowledge of the matters set forth herein and would competently testify thereto under oath if called as a witness. I submit this declaration in connection with and in support of the Motion to Dismiss the Amended Complaint filed concurrently herewith.

(2) Attached hereto as Exhibit 1 is a true and accurate copy of the Prospectus ULTA filed with the United States Securities and Exchange Commission ("SEC"), and effective as of October 25, 2007.

(3) Attached hereto as Exhibit 2 is a true and accurate copy of a table and chart of historical prices for ULTA common stock as taken from Yahoo! Finance and the Wall Street Journal Online for the time period October 25, 2007 to December 17, 2007.

(4) Attached hereto as Exhibit 3 is a true and accurate copy of the Form 8-K ULTA filed with the SEC on December 11, 2007.

(5) Attached hereto as Exhibit 4 is a true and accurate copy of the Form 10-Q ULTA

filed with the SEC on December 13, 2007.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 21, 2008

Respectfully submitted,

By: s/ Sean M. Berkowitz

**LATHAM & WATKINS LLP**
Sean M. Berkowitz
Michael J. Faris
Nicholas B. Gorga
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Tele: (312) 876-7700
Fax: (312) 993-9767

*One of the Attorneys for Defendants Ulta Salon, Cosmetics & Fragrance, Inc., Lynelle P. Kirby and Gregg R. Bodnar*