# EXHIBIT 2

Case 1:07-cv-07083    Document 41-3    Filed 07/21/2008    Page 1 of 3

**Daily Prices of ULTA Common Stock from October 25, 2007 to December 17, 2007[1]**

| DATE | OPEN | HIGH | LOW | CLOSE | VOLUME |
|---|---|---|---|---|---|
| 10/25/07 | 33.00 | 35.00 | 28.89 | 29.82 | 7,486,900 |
| 10/26/07 | 29.69 | 32.98 | 29.25 | 32.00 | 1,625,600 |
| 10/29/07 | 34.00 | 35.00 | 32.65 | 34.70 | 667,900 |
| 10/30/07 | 35.22 | 35.6 | 33.00 | 35.43 | 455,600 |
| 10/31/07 | 34.93 | 35.63 | 32.95 | 34.20 | 393,200 |
| 11/01/07 | 33.50 | 33.50 | 32.14 | 32.73 | 453,900 |
| 11/02/07 | 32.74 | 32.97 | 31.52 | 32.42 | 276,000 |
| 11/05/07 | 31.61 | 32.25 | 31.11 | 31.50 | 342,300 |
| 11/06/07 | 31.51 | 31.90 | 31.35 | 31.43 | 223,100 |
| 11/07/07 | 31.30 | 31.30 | 29.25 | 29.35 | 525,600 |
| 11/08/07 | 29.25 | 30.15 | 29.25 | 30.00 | 411,100 |
| 11/09/07 | 29.65 | 30.08 | 29.06 | 29.90 | 213,400 |
| 11/12/07 | 29.67 | 31.16 | 29.04 | 29.04 | 112,900 |
| 11/13/07 | 29.30 | 30.00 | 28.41 | 29.13 | 236,700 |
| 11/14/07 | 29.16 | 30.25 | 29.10 | 29.95 | 244,500 |
| 11/15/07 | 29.71 | 30.69 | 29.71 | 30.20 | 76,800 |
| 11/16/07 | 30.20 | 30.70 | 30.00 | 30.69 | 88,900 |
| 11/19/07 | 30.05 | 30.69 | 28.75 | 29.19 | 238,300 |
| 11/20/07 | 29.71 | 29.72 | 25.26 | 27.00 | 742,900 |
| 11/21/07 | 26.33 | 26.41 | 23.26 | 24.35 | 810,400 |
| 11/23/07 | 23.74 | 24.24 | 22.85 | 24.17 | 100,200 |
| 11/26/07 | 24.77 | 25.33 | 24.00 | 24.20 | 233,800 |
| 11/27/07 | 24.44 | 25.00 | 23.80 | 23.87 | 211,200 |
| 11/28/07 | 24.47 | 25.31 | 24.20 | 24.85 | 417,400 |
| 11/29/07 | 24.49 | 25.02 | 24.19 | 24.79 | 341,700 |

---

[1] All stock prices taken from Yahoo! Finance. *See* Yahoo! Finance, http://finance.yahoo.com (search "Get Quotes" for "ULTA"; then follow "Historical Prices" hyperlink).

| DATE | OPEN | HIGH | LOW | CLOSE | VOLUME |
|---|---|---|---|---|---|
| 11/30/07 | 25.00 | 26.23 | 24.76 | 25.74 | 199,100 |
| 12/03/07 | 25.98 | 26.75 | 25.55 | 26.30 | 319,200 |
| 12/04/07 | 26.29 | 26.66 | 25.73 | 25.85 | 180,500 |
| 12/05/07 | 26.08 | 26.75 | 26.01 | 26.54 | 168,500 |
| 12/06/07 | 26.55 | 27.50 | 26.55 | 27.49 | 102,100 |
| 12/07/07 | 27.67 | 28.85 | 27.66 | 27.98 | 103,200 |
| 12/10/07 | 28.23 | 28.53 | 26.53 | 27.50 | 281,500 |
| 12/11/07 | 26.50 | 26.79 | 19.35 | 20.91 | 3,591,000 |
| 12/12/07 | 21.12 | 21.85 | 18.41 | 19.55 | 1,121,400 |
| 12/13/07 | 19.55 | 19.76 | 17.53 | 18.56 | 1,190,300 |
| 12/14/07 | 18.70 | 18.70 | 18.10 | 18.55 | 173,500 |
| 12/17/07 | 18.60 | 18.60 | 17.41 | 17.86 | 161,500 |

**Graphic Chart of Daily Prices of ULTA Common Stock from October 25, 2007 to December 17, 2007[2]**



---

[2] Chart obtained from the Wall Street Journal Online. *See* Stock Charting – WSJ.com, http://online.wsj.com (search "SEARCH" for "ULTA"; then follow "Stock Charting" hyperlink).