IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ULTA SALON, COSMETICS & FRAGRANCE, INC. SECURITIES LITIGATION | Master File No. 07 C 7083 <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br> All Actions | Hon. Robert W. Gettleman |

## <u>NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT</u>

PLEASE TAKE NOTICE THAT, on July 24, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendants Ulta Salon, Cosmetics & Fragrance, Inc., Lynelle P. Kirby, and Gregg R. Bodnar, will appear before the Honorable Judge Robert W. Gettleman, or such other judge as is sitting in his stead, in the United States District Court for the Northern District of Illinois, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and present the attached Motion to Dismiss the Amended Complaint.

Dated:  July 21, 2008

Respectfully submitted,

By: <u>s/ Sean M. Berkowitz</u>

**LATHAM & WATKINS LLP**
Sean M. Berkowitz
Michael J. Faris
Nicholas B. Gorga
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Tele: (312) 876-7700
Fax: (312) 993-9767

*One of the Attorneys for Defendants Ulta Salon, Cosmetics & Fragrance, Inc., Lynelle P. Kirby and Gregg R. Bodnar*