## **CERTIFICATE OF SERVICE**

  I, Sean M. Berkowitz, an attorney, hereby certify that on July 21, 2008, I electronically filed the foregoing UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER* MEMORANDUM IN EXCESS OF FIFTEEN PAGES, NOTICE OF UNOPPOSED MOTION TO FILE *INSTANTER* MEMORANDUM IN EXCESS OF FIFTEEN PAGES, MOTION TO DISMISS THE AMENDED COMPLAINT, NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT, and MEMORANDUM IN SUPPORT OF THE MOTION TO DISMISS THE AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to the following:

    Marvin A. Miller
    Lori A. Fanning
    MILLER LAW, LLC
    115 S. LaSalle Street
    Suite 2910
    Chicago, IL 60603
    mmiller@millerlawllc.com
    lfanning@millerlawllc.com

    Deborah R. Gross
    Robert P. Frutkin
    LAW OFFICES OF BERNARD M. GROSS, P.C.
    Suite 450, John Wanamaker Building
    Philadelphia, PA 19107
    debbie@bernardmgross.com

    Carol V. Gilden
    Joshua S. Devore
    Daniel S. Sommers
    COHEN MILSTEIN HAUSFELD & TOLL, PLLC
    190 South LaSalle Street, Suite 1705
    Chicago, IL 60603
    cgilden@cmht.com

  The following individual is either not an e-filer or has not otherwise consented to service by electronic means under Fed. R. Civ. P. 5(b)(2)(D) and will receive a paper copy of the foregoing via U.S. Express Mail, postage prepaid:

    Kenneth Elan
    LAW OFFICES OF KENNETH ELAN
    217 Broadway
    Suite 606
    New York, NY 10007

on this 21st day of July, 2008.

Respectfully submitted,

By: s/ Sean M. Berkowitz

**LATHAM & WATKINS LLP**
Sean M. Berkowitz
Michael J. Faris
Nicholas B. Gorga
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Tele: (312) 876-7700
Fax: (312) 993-9767

*One of the Attorneys for Defendants Ulta Salon, Cosmetics & Fragrance, Inc., Lynelle P. Kirby and Gregg R. Bodnar*