IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ULTA SALON, COSMETICS & FRAGRANCE, INC. SECURITIES LITIGATION | Master File No. 07 C 7083 <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br> All Actions | Hon. Robert W. Gettleman |

**UNOPPOSED MOTION OF DEFENDANTS ULTA SALON, COSMETICS & FRAGRANCE, INC., LYNELLE P. KIRBY, AND GREGG R. BODNAR FOR LEAVE TO FILE <u>*INSTANTER*</u> <u>MEMORANDUM IN EXCESS OF FIFTEEN PAGES</u>**

Defendants Ulta Salon, Cosmetics & Fragrance, Inc. ("ULTA"), Lynelle P. Kirby, and Gregg R. Bodnar, by and through their attorneys, hereby request leave to file a single Memorandum in Support of the Motion to Dismiss not to exceed thirty-five (35) pages. In support of this motion, defendants state as follows:

1. On May 19, 2008, plaintiffs filed the Amended Complaint. Although the first complaint filed in this action was a mere twelve pages long, the Amended Complaint now extends to 46 pages.

2. The Amended Complaint raises five counts against each defendant: three counts under the Securities Act of 1933; and two counts under the Securities Exchange Act of 1934.

3. The Amended Complaint raises a number of factual allegations and issues under the federal securities laws that cannot be adequately addressed within the current page limit.

4. All three named defendants – ULTA, Lynelle P. Kirby, and Gregg R. Bodnar – are jointly represented by the undersigned counsel. They intend to file a single memorandum addressing each count raised in the Amended Complaint.

5. To provide a memorandum of law that will adequately assist the Court's resolution of the numerous issues and counts raised in the Amended Complaint, defendants request leave to file this single Memorandum in Support of the Motion to Dismiss the Amended

Complaint.

6. Counsel for all parties conferred; counsel for plaintiffs indicated no opposition to this motion.

WHEREFORE, Defendants respectfully request leave to file this single Memorandum in Support of the Motion to Dismiss the Amended Complaint not to exceed thirty-five (35) pages.

Dated: July 21, 2008

Respectfully submitted,

By: s/ Sean M. Berkowitz

**LATHAM & WATKINS LLP**
Sean M. Berkowitz
Michael J. Faris
Nicholas B. Gorga
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Tele: (312) 876-7700
Fax: (312) 993-9767

*One of the Attorneys for Defendants Ulta Salon, Cosmetics & Fragrance, Inc., Lynelle P. Kirby and Gregg R. Bodnar*