# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7083 | **DATE** | 7/24/2008 |
| **CASE TITLE** | Marc Mirsky    vs    Ulta Salon Cosmetics | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendants' motion [43] for leave to file memorandum in excess of 15 page is granted. Plaintiffs' response to defendants' motion [39] to dismiss is due by 9/24/2008. Defendants' reply is due by 10/24/2008. Status hearing continued to 12/18/2008, at 9:00 a.m.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|