IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ULTA SALON, COSMETICS & FRAGRANCE, INC. SECURITIES LITIGATION | Master File No. 07 C 7083<br><br>CLASS ACTION |
| This Document Relates To:<br>All Actions | Hon. Robert W. Gettleman |

## MOTION TO WITHDRAW APPEARANCE

Counsel for Defendants Ulta Salon, Cosmetics & Fragrance, Inc., Lynelle P. Kirby, and Gregg R. Bodnar (collectively, the "Defendants") moves this Court for leave to withdraw the appearance of Nicholas B. Gorga and in support of this motion states as follows:

1. On March 7, 2008, Nicholas B. Gorga filed a Notice of Appearance on behalf of Defendants as an attorney with the law firm of Latham & Watkins LLP, in the above-captioned matter.

2. Sean M. Berkowitz, Michael J. Faris, and Patrick M. Otlewski, also attorneys at Latham & Watkins LLP, previously filed Notices of Appearance on behalf of Defendants in January 2008.

3. As of August 1, 2008, Nicholas B. Gorga will no longer be an attorney associated with Latham & Watkins LLP. He therefore requests leave of this Court to withdraw his appearance as counsel for Defendants.

4. Defendants will not be prejudiced if this motion is granted inasmuch as Sean M. Berkowitz, Michael J. Faris, and Patrick M. Otlewski will continue their representation in the above-captioned matter.

**WHEREFORE**, for the foregoing reasons, Nicholas B. Gorga requests leave of this Court to withdraw his appearance as counsel for Defendants.

Dated: August 1, 2008

Respectfully submitted,

By: /s/ Michael J. Faris

**LATHAM & WATKINS LLP**
Sean M. Berkowitz
Michael J. Faris
Nicholas B. Gorga
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Tele: (312) 876-7700
Fax: (312) 993-9767

*One of the Attorneys for Defendants Ulta Salon, Cosmetics & Fragrance, Inc., Lynelle P. Kirby and Gregg R. Bodnar*

## CERTIFICATE OF SERVICE

    I, Michael J. Faris, an attorney, hereby certify that on August 1, 2008, I electronically filed the foregoing NOTICE OF MOTION TO WITHDRAW APPEARANCE and MOTION TO WITHDRAW APPEARANCE with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to the following:

>Marvin A. Miller
>Lori A. Fanning
>MILLER LAW, LLC
>115 S. LaSalle Street
>Suite 2910
>Chicago, IL 60603
>mmiller@millerlawllc.com
>lfanning@millerlawllc.com
>
>Deborah R. Gross
>Robert P. Frutkin
>LAW OFFICES OF BERNARD M. GROSS, P.C.
>Suite 450, John Wanamaker Building
>Philadelphia, PA 19107
>debbie@bernardmgross.com
>
>Carol V. Gilden
>Joshua S. Devore
>Daniel S. Sommers
>COHEN MILSTEIN HAUSFELD & TOLL, PLLC
>190 South LaSalle Street, Suite 1705
>Chicago, IL 60603
>cgilden@cmht.com

    The following individual is either not an e-filer or has not otherwise consented to service by electronic means under Fed. R. Civ. P. 5(b)(2)(D) and will receive a paper copy of the foregoing via U.S. Express Mail, postage prepaid:

>Kenneth Elan
>LAW OFFICES OF KENNETH ELAN
>217 Broadway
>Suite 606
>New York, NY 10007

on this 1st day of August, 2008.

                                                  /s/ Michael J. Faris
                                                  Michael J. Faris