IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ULTA SALON, COSMETICS & FRAGRANCE, INC. SECURITIES LITIGATION | Master File No. 07 C 7083<br><br>CLASS ACTION |
| This Document Relates To:<br>All Actions | Hon. Robert W. Gettleman |

## NOTICE OF MOTION TO WITHDRAW APPEARANCE

PLEASE TAKE NOTICE THAT, on August 7, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, counsel for Defendants Ulta Salon, Cosmetics & Fragrance, Inc., Lynelle P. Kirby, and Gregg R. Bodnar, will appear before the Honorable Judge Robert W. Gettleman, or such other judge as is sitting in his stead, in the United States District Court for the Northern District of Illinois, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and present the attached Motion to Withdraw Appearance.

Dated: August 1, 2008

Respectfully submitted,

By: /s/ Michael J. Faris

**LATHAM & WATKINS LLP**
Sean M. Berkowitz
Michael J. Faris
Nicholas B. Gorga
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Tele: (312) 876-7700
Fax: (312) 993-9767

*One of the Attorneys for Defendants Ulta Salon, Cosmetics & Fragrance, Inc., Lynelle P. Kirby and Gregg R. Bodnar*