## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7083 | **DATE** | 8/7/2008 |
| **CASE TITLE** | Marc Mirsky    vs    Gregory Turza | | |

**DOCKET ENTRY TEXT:**

Defendants' motion [46] for leave to withdraw appearance of Nicholas B. Gorga as counsel for defendants is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|